UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00212-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SEAN MICHAEL PADFIELD,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Change of Plea Hearing set for Friday, September 11, 2009, at 3:00 p.m. is **RESET** to **Friday, September 18, 2009, at 1:30 p.m., in Courtroom A-1002.**

    Dated:  September 11, 2009