UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00212-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. SEAN MICHAEL PADFIELD,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      The Change of Plea Hearing originally scheduled for Friday, September 18, 2009, at 1:30 p.m. is **VACATED** and **RESET** to **Friday, October 2, 2009 at 3:00 p.m.**

      Dated:  September 18, 2009